# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:12-po-121<br>formerly Violation No. R3307051/OS10 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| GEOFFREY BOAZ,<br>SSN: XXX-XX-6718  DOB: XX-XX-84 | : | |
| Last Known Address:<br>2917 County Line Road, Apt. D<br>Dayton, Ohio 45430 | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER WITHDRAWING WARRANT FOR ARREST

**TO:   THE UNITED STATES MARSHAL
       AND ANY OTHER AUTHORIZED OFFICER:**

The previously issued warrant for arrest for the above Defendant **is hereby** **WITHDRAWN.**

August 27, 2012                                         s/Sharon L. Ovington
                                                        Sharon L. Ovington
                                                        United States Magistrate Judge